CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 6 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| ERIC SHAVONN SAYERS, | ) CASE NO. 7:12CV00009 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| | ) |
| LT. JANINE PATRICK, ET AL., | ) By:  James C. Turk |
| | ) Senior United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. Plaintiff's claims that he is being wrongfully confined past the expiration of his criminal sentence are hereby **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and summarily dismissed without prejudice for failure to exhaust state court remedies;

2. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim or as legally frivolous; and

3. This action is stricken from the active docket of the court.

ENTER: This 26th day of January, 2012.

_____
Senior United States District Judge